UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| RONALD WOOD, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>KINETIC SYSTEMS, INC., a<br>California corporation,<br><br>             Defendant. | Case No. 1:09-CV-579-CWD<br><br>**SPECIAL VERDICT** |

We, the jury empaneled in the above-entitled action, unanimously find by a preponderance of the evidence as follows:

**QUESTION 1:**   Did Plaintiff work in excess of forty hours during any of the weeks for pay periods ending October 8, 2006, through March 30, 2008, while employed by the Defendant?

Yes_____X_____          No_____

If you answered "yes" to question 1, please answer questions 2 and 3. If you answered "no" to question 1, please sign and date the verdict form and notify the bailiff.

SPECIAL VERDICT - 1

**QUESTION 2:**    Was the Plaintiff a highly compensated executive employee exempt from the overtime pay provisions of the Fair Labor Standards Act?

Yes_____✗_____          No_____

Regardless of your answer to question 2, please answer question 3.

**QUESTION 3:**    Was the Plaintiff a highly compensated administrative employee exempt from the overtime pay provisions of the Fair Labor Standards Act?

Yes_____          No_____✗_____

If you answered "yes" to either question 2 or question 3, please sign and date the verdict form and notify the bailiff. If you answered "no" to both question 2 and 3, please answer question 4.

**QUESTION 4:**    Did the Defendant fail to pay the Plaintiff overtime compensation for those hours worked in excess of forty hours per week?

Yes_____          No_____

If you answered "yes" to question 4, please continue with question 5. If you answered "no" to question 4, please sign and date the verdict form and notify the bailiff.

SPECIAL VERDICT - 2

**QUESTION 5:**   Do you find that Defendant's failure to pay Plaintiff overtime compensation was willful?

Yes_____          No_____

If you answered "yes" to question 5, please answer questions 6 and 7. If you answered "no" to question 5, please answer questions 8 and 9.

**QUESTION 6:**   Having found that the Plaintiff worked in excess of forty hours per week while employed by the Defendant, how many hours of overtime did you determine were subject to overtime pay for the pay periods ending on the following time frames for which Plaintiff is claiming he was not paid overtime compensation?

Coors Project 10/08/2006 - 11/05/2006: _____

Lilly Project 02/25/2007 - 06/10/2007: _____

GSK Project 09/02/2007 – 11/18/2007: _____

Biogen Project 01/20/2008 - 03/30/2008: _____

SPECIAL VERDICT - 3

**QUESTION 7:** What was the Plaintiff's regular rate of pay for the pay periods during which he is claiming he was not paid overtime compensation?

Coors Project 10/08/2006 - 11/05/2006: _____

Lilly Project 02/25/2007 - 06/10/2007: _____

GSK Project 09/02/2007 - 11/18/2007: _____

Biogen Project 01/20/2008 - 02/03/2008: _____

Biogen Project 02/04/2008 - 03/30/2008: _____


Please proceed to question 10.


**QUESTION 8:**    Having found that the Plaintiff worked in excess of forty hours per week while employed by the Defendant, how many hours of overtime did you determine were subject to overtime pay for the pay periods ending on the following time frames for which Plaintiff is claiming he was not paid overtime compensation?

GSK Project 10/08/2007 – 11/18/2007: _____

Biogen Project 01/20/2008 - 03/30/2008: _____


SPECIAL VERDICT - 4

**QUESTION 9:** What was the Plaintiff's regular rate of pay for the pay periods during which he is claiming he was not paid overtime compensation?

GSK Project 10/08/2007 - 11/18/2007:  _____

Biogen Project 01/20/2008 - 02/03/2008:  _____

Biogen Project 02/04/2008 - 03/30/2008:  _____


Please answer question 10.


**QUESTION 10:** What is the amount that should be awarded to Plaintiff as damages?

$_____


Please sign and date the verdict form and notify the bailiff.

Date: _5/6/11_____                     _____
                                          Foreperson

SPECIAL VERDICT - 5